# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-21-00612-CV

### In re Jesse Govea Jr.

---

### ORIGINAL PROCEEDING FROM HAYS COUNTY

---

## M E M O R A N D U M   O P I N I O N

Relator Jesse Govea Jr. has filed a petition for writ of habeas corpus challenging his pre-trial confinement as unlawful under Texas Code of Criminal Procedure art. 17.151, § 1.[1] This Court has no original habeas corpus jurisdiction in criminal law matters; our original jurisdiction to entertain applications for writ of habeas corpus extends solely to the actions of judges in civil cases. *See* Tex. Gov't Code § 22.221(d). Our habeas corpus jurisdiction in criminal matters is appellate only. *In re Hall*, No. 03-17-00778-CV, 2017 WL 5985541, at *1 (Tex. App.—Austin Nov. 30, 2017, orig. proceeding). Original jurisdiction to grant a writ of habeas corpus in a criminal case is vested in the Court of Criminal Appeals, the district courts, the county courts, or a judge of those courts. Tex. Code Crim. Proc. art. 11.05; *see also In re Hall*, 2017 WL 5985541, at *1.

Accordingly, we dismiss Govea's application for writ of habeas corpus for want of jurisdiction. *See* Tex. R. App. P. 52.8(a).

---

[1] Relator also presented a motion for leave to file his petition for writ of habeas corpus. Leave is not required in original proceedings in the court of appeals, but only in the Court of

_____

Chari L. Kelly, Justice

Before Chief Justice Byrne, Justices Triana and Kelly

Filed:   December 17, 2021

Criminal Appeals.  *See* Tex. R. App. P. 52 Notes and Comments; 72.1.  Relator's motion for leave to file is dismissed as moot.

2